UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ) MAGISTRATE JUDGE NO.: 04m-1026-JGD
)
v. )
)
KENNETH HOWARD

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Kevin Donahue, Deputy United States Marshal with the United States Marshals Service, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Kenneth Howard on a complaint filed in the Superior Court of the District of Columbia charging the defendant with first degree theft, in violation of 22 D.C. Code, Section 3211, 3212(a); and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Deputy Marshal Kevin Donahue
United States Marshals Service

**Subscribed and sworn to before me this 11th day of March, 2004.**

_____
JUDITH G. DEIN
United States Magistrate Judge