UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          MA Cr. No.   04m-1026-JGD
                                                                 Cr. No.   220-04

Kenneth Howard

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN THE DISTRICT OF PROSECUTION

**DEIN, U.S.M.J.**                                                      **March 11, 2004**

The defendant having appeared before this Court pursuant to Rule 40, Federal Rules of Criminal Procedure, and proceedings having been concluded and the defendant released;

It is **ORDERED** that the defendant be held to answer in the Superior Court of the District of Columbia; and shall appear at all proceedings as required. The defendant shall next appear at the Superior Court of the District of Columbia, Criminal Division, 500 Indiana Ave., Room C 195 on March 23, 2004 @ 8:30am..

By the Court,

----S----
Thomas F. Quinn Jr.
Deputy Clerk